# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 23-05007-01-CR-SW-RK |
| DEAVIYON ROCKETT, | ) ) ) |
| Defendant. | ) ) |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts One and Two of the Information filed on April 5, 2023 and admitted to the Forfeiture Allegation, is now <u>Accepted</u> and the Defendant is <u>Adjudged Guilty</u> of such offense. Sentencing will be set by subsequent Order of the Court.

                                                        */s/ Roseann Ketchmark*
                                                     **ROSEANN KETCHMARK**
                                         **UNITED STATES DISTRICT JUDGE**

Date: April 20, 2023